UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DARLENE L. LOOKINGBILL<br>　　　　Debtor | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>　　　　Movant | : | |
| vs. | : | |
| DARLENE L. LOOKINGBILL<br>　　　　Respondent | : | CASE NO.　1-24-bk-00754 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

　　　　AND NOW, this 15th day of May 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

　　　　1.　Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the debtor has excess non-exempt equity in the following:

　　　　　　a. Residential real estate. The Trustee has requested proof of the value of the debtor(s) home as stated in his/her schedules.

　　　　2.　The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

　　　　　　a. Attorney fees listed improperly in Section 3(A)(3) of Plan. Also, mortgage arrears are listed in the wrong part of the Plan.

　　　　WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

　　　　　　a. Deny confirmation of debtor(s) plan.
　　　　　　b. Dismiss or convert debtor(s) case.
　　　　　　c. Provide such other relief as is equitable and just.

　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　/s/Jack N. Zaharopoulos
　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　(717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this 15th day of May 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

MICHAEL A CIBIK, ESQUIRE
CIBIK LAW, PC
1500 WALNUT ST, SUITE 900
PHILADELPHIA, PA    19102-

    /s/Tammy Life
    Office of Jack N. Zaharopoulos
    Standing Chapter 13 Trustee