UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

| Darlene L. Lookingbill, | Case No. 24-00754-HWV |
|---|---|
| *Debtor.* | Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Second Amended Chapter 13 Plan

- Notice of Confirmation Hearing

Dated: September 23, 2024

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
Counsel for Debtors
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

# Mailing List Exhibit

M&T Bank
PO Box 1508
Buffalo, NY 14240-1508

Ally Financial, Inc
500 Woodward Ave
Detroit, MI 48226-3416

Comenity Bank/Kay Jewelers
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

Comenitycapital/bjsclb
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

First National Bank of Pennsylvania
Attn: Legal Dept 3015 Glimcher Blvd
Hermitage, PA 16148-3343

GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

Geraldine M Linn, Esquire
701 Market St Ste 5000
Philadelphia, PA 19106-1541

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

M&T BANK
PO Box 1508, Buffalo, NY 14240

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Members 1st FCU
Attn: Bankruptcy 5000 Marketplace Way
Enola, PA 17025-2431

PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL
ATTN ATTENTION FINANCIAL
ENFORCEMENT SECTION
STRAWBERRY SQUARE
15TH FLOOR
HARRISBURG PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

Santander Consumer Usa
Attn: Bankruptcy
PO Box 961211
Fort Worth, TX 76161-0211

Syncb/Wolf Furniture
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

U.S. Attorney, Middle District of Pa.
235 N Washington Ave Ste 311
Scranton, PA 18503-1533

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Westlake Portfolio Management, LLC
Attn: Bankruptcy
PO Box 76809
Los Angeles, CA 90076-0809

York County Assessment & Tax Claim Office
28 E Market St Rm 105
York, PA 17401-1587