# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: AutoDocketer | Date Created: 8/12/2026 |
| Case: 1:24−bk−00754−HWV | Form ID: ordsmiss | Total: 31 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Michael A. Cibik | help@cibiklaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Darlene L. Lookingbill 1401 Equestrian Dr Dover, PA 17315−3776 |
| cr | M&T Bank PO Box 1508 Buffalo, NY 14240 |
| 5606181 | Ally Financial, Inc 500 Woodward Ave Detroit, MI 48226−3416 |
| 5606182 | Cibik Law, P.C. 1500 Walnut Street Suite 900 Philadelphia, PA 19102 |
| 5606183 | Comenity Bank/Kay Jewelers Attn: Bankruptcy PO Box 182125 Columbus, OH 43218 |
| 5606184 | Comenitycapital/bjsclb Attn: Bankruptcy PO Box 182125 Columbus, OH 43218 |
| 5607013 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054−3025 |
| 5606185 | Discover Financial Attn: Bankruptcy 2500 Lake Cook Rd Riverwoods, IL 60015−3851 |
| 5606186 | First National Bank of Pennsylvania Attn: Legal Dept 3015 Glimcher Blvd Hermitage, PA 16148 |
| 5606188 | GM Financial Attn: Bankruptcy PO Box 183853 Arlington, TX 76096 |
| 5606187 | Geraldine M Linn, Esquire 701 Market St Ste 5000 Philadelphia, PA 19106−1541 |
| 5606189 | Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101−7346 |
| 5607075 | LVNV Funding, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603−0587 |
| 5606191 | M & T Bank 1 Fountain Plz Buffalo, NY 14203−1420 |
| 5606190 | M & T Bank Attn: Bankruptcy PO Box 844 Buffalo, NY 14240−0844 |
| 5620314 | M&T BANK PO Box 1508, Buffalo, NY 14240 |
| 5608509 | MERRICK BANK Resurgent Capital Services PO Box 10368 Greenville, SC 29603−0368 |
| 5606192 | Members 1st FCU Attn: Bankruptcy 5000 Marketplace Way Enola, PA 17025 |
| 5606193 | Pennsylvania Attorney General 16th Floor, Strawberry Square Harrisburg, PA 17120−0001 |
| 5606194 | Pennsylvania Department of Revenue Bankruptcy Division 1 Revenue Pl Harrisburg, PA 17129−0001 |
| 5606195 | Pennsylvania Office of General Counsel 333 Market St Fl 17 Harrisburg, PA 17101−2210 |
| 5620696 | Quantum3 Group LLC as agent for Crown Asset Management LLC PO Box 788 Kirkland, WA 98083−0788 |
| 5606196 | Santander Consumer Usa Attn: Bankruptcy PO Box 961211 Fort Worth, TX 76161 |
| 5606197 | Syncb/Wolf Furniture Attn: Bankruptcy PO Box 965060 Orlando, FL 32896−5060 |
| 5606198 | U.S. Attorney, Middle District of Pa. 235 N Washington Ave Ste 311 Scranton, PA 18503−1533 |
| 5606199 | U.S. Department of Justice 950 Pennsylvania Ave NW Washington, DC 20530−0009 |
| 5606200 | Westlake Portfolio Management, LLC Attn: Bankruptcy PO Box 76809 Los Angeles, CA 90054−0809 |
| 5606201 | York County Assessment & Tax Claim Office 28 E Market St Rm 105 York, PA 17401−1587 |

TOTAL: 28